ABLE OUTDOOR, INC. v. HARRELSON

No. 115PA94

Case below: 113 N.C.App. 483

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 May 1994.

BEATY v. FREIGHTLINER CORP.

No. 48P94

Case below: 113 N.C.App. 422

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 May 1994.

BELL ATLANTIC TRICON LEASING CORP. v. JOHNNIES'S GARBAGE SERV.

No. 118P94

Case below: 113 N.C.App. 476

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 May 1994.

BILTMORE SQUARE ASSOC. v. CITY OF ASHEVILLE

No. 143P94

Case below: 113 N.C.App. 459

Petition by several plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 May 1994.

BRIGHT v. MODERN GLOBE, INC.

No. 106P94

Case below: 113 N.C.App. 652

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 May 1994.